IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Adobe Systems, Inc., | NO. C 08-05517 JW |
|         Plaintiff,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| La'Kieta Prosper, | |
|         Defendant. | |

On March 23, 2009, the parties are scheduled to appear for a Case Management Conference. The parties timely filed a Joint Case Management Statement. (Docket Item No. 12.) Based on the representations in the Joint Statement, the Court finds good cause to continue the March 23 Conference. Accordingly, the March 23 Conference is CONTINUED to **May 18, 2009 at 10:00 a.m.** On or before **May 8, 2009**, the parties shall file a Joint Case Management Statement in accordance with the applicable Civil Local Rules. The Statement shall include a good faith discovery plan with a proposed date for the close of all discovery and a status update on any settlement efforts.

Dated: March 18, 2009

                                                JAMES WARE<br>
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S Wang annie@coombspc.com
J. Andrew Coombs andy@coombspc.com

La'Kieta Prosper
15437 Galbi Dr.
Orlando, FL 32828


**Dated:  March 18, 2009**                                         **Richard W. Wieking, Clerk**


                                                                   **By:      /s/ JW Chambers                      **
                                                                          **Elizabeth Garcia**
                                                                          **Courtroom Deputy**