1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8  La'Kieta Prosper
   15437 Galbi Dr.
9  Orlando, FL 32828

10 Defendant, *in pro se*

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. C08-05517 JW |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING |
| v. ) | CONTINUANCE OF CASE |
| ) | MANAGEMENT CONFERENCE |
| La'Kieta Prosper and Does 1 – 10, inclusive, ) | |
| Defendants. ) | |

On or about March 18, 2009, the Court set the Case Management Conference on May 18, 2009, at 10:00 a.m.

In light of the request, and good cause being shown, the Case Management Conference

Adobe v. Prosper, et al.: [Proposed] Order Granting Continuance    - 1 -
of Case Management Conference

currently on calendar for May 18, 2009, at 10:00 a.m. is continued until **June 22, 2009** at 10:00 a.m., and all associated dates continued accordingly.

The parties shall file a Stipulated Dismissal or a Joint Case Management Statement on or before **June 12, 2009.** Plaintiff shall serve this Order on Defendant and file the appropriate certificate of service.

Dated: May 14, 2009

_____
Hon. James Ware
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: /s/ Annie S. Wang
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

La'Kieta Prosper

By: _____
    La'Kieta Prosper
Defendant, *in pro se*

Adobe v. Prosper, et al.: [Proposed] Order Granting Continuance of Case Management Conference    - 2 -